RECEIVED
U.S. MARSHALS SERVICE
MAY 0 7 2007
District of Rhode Island

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

FLORENTINO HERNANDEZ ESTEVEN

## WARRANT FOR ARREST

CASE NUMBER: 1:07MJ48M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ______________________
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
ILLEGAL REENTRY AFTER BEING A PREVIOUSLY DEPORTED ALIEN

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(2)

DAVID L. MARTIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

David L. Martin
Signature of Issuing Officer

5-7-07 PROVIDENCE, RHODE ISLAND
Date and Location

Bail fixed at $ ______________________ by ______________________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at arrested by ICE | | |
| DATE RECEIVED 05/07/2007 | NAME AND TITLE OF ARRESTING OFFICER Brian McDonald DUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.