# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

***Case No. 1:07-M-48M***

***To: ICE***
***SIEA AT SUFFOLK***

YOU ARE HEREBY COMMANDED, to have the **body** of **FLORENTINO HERNANDEZ ESTEVEN**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the **10th** day of **May, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

*****Please have the defendant at the courthouse for 9:00 AM*****

Hearing scheduled for 3:00 PM

I hereby certify and return that [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: May 7, 2007.

David A. DiMarzio, Clerk

Initial Appearance

***By***
***Martha Saucier - Deputy Clerk***